IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Jerome D. Young,

Plaintiff,

vs.

Soo Line Railroad Company d/b/a CP Rail System, a Minnesota corporation,

Defendant.

Civil No. 02-~~203-JMR/FLN~~ 201 JEL/JGL

**ORDER TO AMEND SCHEDULING ORDER**

Based upon the foregoing Stipulation and agreement, it is hereby Ordered that the scheduling order deadlines in the above-entitled matter are extended as follows:

| | |
|---|---|
| Adding Parties and Amending Pleadings | November 15, 2002 |
| Discovery Deadline | February 1, 2003 |
| Non-Dispositive Motion Deadline | March 1, 2003 |
| Dispositive Motion Deadline | March 1, 2003 |
| Full Disclosure of Expert Witnesses and Testimony | January 1, 2003 |
| Expert Witness Deposition Deadline | February 1, 2003 |
| Ready for trial | March 1, 2003. |

BY THE COURT:

Chief Magistrate Judge
JONATHAN LEBEDOFF

FILED 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

121125-1