**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MINNESOTA**

Jerome D. Young,

Plaintiff,

vs.

Soo Line Railroad Company, d/b/a CP Rail System, a Minnesota corporation,

Defendant and
Third-Party Plaintiff.

vs.

Grasschoppers, Inc.,

Third-Party Defendant.

Chief Judge: James M. Rosenbaum
Magistrate Judge: Franklin L. Noel
Case No.: 02-201-JMB/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY ALL PARTIES AND ORDER**

All claims in the above entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties thereto, through their respective, undersigned attorneys, that the same may be, and it hereby is, dismissed on their merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that:

1. Plaintiff's claim against Soo Line Railroad Company, d/b/a CP Rail System is dismissed with prejudice and with no award of costs or disbursements;
2. The Third-Party claim by Soo Line Railroad Company d/b/a CP Rail System against Grasschoppers, Inc., is dismissed with prejudice and with no award of costs or disbursements; and
3. The Cross-claim by Grasschoppers, Inc., against Soo Line Rail Road Company d/b/a CP Rail System is dismissed with prejudice and with no award of costs or disbursements.

IT IS FURTHER STIPULATED, that without further notice the Clerk of Court may enter a judgment of dismissal with prejudice upon the merits, and without costs or disbursements to any of the parties.

FILED 4-11-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 4-11-03
DEPUTY CLERK

Dated: 1/21/03

Steven M. Hunegs (#0207524_
Attorney for Plaintiff
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612)339-4511

Dated: 4/4/03

Bruce L. McLellan (#203476)
Attorney for Defendant
Grasschoppers, Inc.
6131 Blue Circle Drive
Eden Prairie, MN 55343-9130
(952) 933-9753, Ext. 62351

Dated: 4/7/03

Mark Fredrickson (#210535)
Attorney for Soo Line Railroad
Company, d/b/a CP Rail System
2000 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612)340-7970

**ORDER**

IT IS HEREBY ORDERED that judgment be entered in accordance with the foregoing Stipulation.

By the Court:

Dated: April 11th, 2003

Judge of United States District Court